NUMBER 13-07-114-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________ ________


GEORGE BRADFORD COLEMAN A/K/A BRAD COLEMAN, Appellant,


v.



THE STATE OF TEXAS, Appellee.

___________________________________________________________ _______


On appeal from the 36th District Court 


of Aransas County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, GEORGE BRADFORD COLEMAN A/K/A BRAD COLEMAN, perfected
an appeal from a judgment entered by the 36th District Court of Aransas County,
Texas, in cause number A-06-5225-CR. Appellant has filed a motion to dismiss the
appeal. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 3rd day of May, 2007.